UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DAVID KLEMP**,
a consumer residing in Yamhill County,

    Plaintiff,

  v.

**COLUMBIA COLLECTION SERVICE, INC.**,
a domestic business corporation,

    Defendant.

Case No. 3:13-cv-1577

**EXHIBIT COVER PAGE**

# PLAINTIFF'S EXHIBIT 1

**EXHIBIT COVER PAGE** - Page 1

**OlsenDaines, PC**
9415 SE Stark St.
Portland, Oregon 97216
Mobile 503-201-4570
Fax 503-362-1375

DISTRICT OF OREGON
F I L E D
November 15, 2012
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

# REDACTED

*Elizabeth L Perris*
ELIZABETH PERRIS
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | Bankruptcy Case No.: 10-36869-ELP7 |
|---|---|
| , | ORDER ALLOWING THE DEBTOR'S MOTION FOR CONTEMPT AGAINST COLUMBIA COLLECTION SERVICE, INC. |
| DEBTOR. | |

Based on the stipulation of the Debtor and Columbia Collection Service, Inc. (Columbia), the Parties on file herein, in full resolution of the matters in the Motion for Contempt [ECF No. 15]; and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Columbia is held in violation of the discharge injunction and shall pay the Debtor $2,500 in compensatory damages; and it is further

ORDERED AND ADJUDGED that Columbia shall pay the Debtor his reasonable attorney fees and costs; and it is further

PAGE 1. ORDER ALLOWING THE DEBTOR'S MOTION FOR CONTEMPT AGAINST COLUMBIA COLLECTION SERVICE, INC.

ORDERED AND ADJUDGED that the Debtor is entitled to an evidentiary hearing in this Court to prove up his reasonable attorney fees and costs, including the reasonable expenses associated with the evidentiary hearing if necessary; and it is further

ORDERED AND ADJUDGED that Columbia is released from any and all substantive or alternative claims of liability, and that Adversary Proceeding No. 12-03237-ELP shall be dismissed with prejudice.

###

**REDACTED**

PAGE 2.  ORDER ALLOWING THE DEBTOR'S MOTION FOR CONTEMPT AGAINST COLUMBIA COLLECTION SERVICE, INC.

IT IS SO STIPULATED AND AGREED:

# REDACTED

Attorneys for Columbia                                    Attorney for Debtor

Presented by:




Attorney for Columbia

APPROVED BY:




Attorney for Debtor

cc:




PAGE 3.   ORDER ALLOWING THE DEBTOR'S MOTION FOR CONTEMPT AGAINST COLUMBIA COLLECTION SERVICE, INC.

PLAINTIFF'S EXHIBIT 1 - Page 3 of 3