**Michael Fuller, Oregon Bar No. 09357**
Trial Attorney for Mr. Klemp
OlsenDaines, PC
PO Box 2316
Portland, Oregon 97208
Michael@UnderdogLawyer.com
Mobile 503-201-4570
Fax 503-362-1375
**Tim Eblen, Oregon Bar No. 050252**
**Michelle Freed, Oregon Bar No. 042880**
Of Attorneys for Mr. Klemp
Eblen Freed LLP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DAVID KLEMP**, a consumer residing in Yamhill County, <br><br> Plaintiff, <br><br> v. <br><br> **COLUMBIA COLLECTION SERVICE, INC.**, a domestic business corporation, <br><br> Defendant. | Case No. 3:13−cv−01577−PK <br><br> **PLAINTIFF MR. KLEMP'S MOTION TO COMPEL AND FOR SANCTIONS** <br><br> Fed. R. Civ. P. 37 <br><br> Oral Argument Requested <br><br> Expedited Hearing Requested |

## LR 7-1 CERTIFICATION

I certify that I made a good faith effort with opposing counsel on December 27, 2013 to resolve this dispute and have been unable to do so.

**PLAINTIFF MR. KLEMP'S MOTION TO COMPEL AND FOR SANCTIONS**  - Page 1

**OlsenDaines, PC**
PO Box 2316
Portland, Oregon 97208
Mobile 503-201-4570
Fax 503-362-1375

## MOTION

Pursuant to Fed. R. Civ. P. 37(a)(3)(B)(i), Mr. Klemp moves for an order as follows:

**IT IS ORDERED** that Mr. Klemp's motion to compel is granted.

**IT IS ORDERED** that if Columbia Collection does not disclose the communications it relied on in filing its counterclaims against Mr. Klemp, then Columbia Collection shall be prohibited from later introducing the communications into evidence.

**IT IS ORDERED** that Columbia Collection improperly refused to answer questions at its deposition, and so shall pay (a) Mr. Klemp's attorney fees of $1,950 in making this motion, (b) the appearance fee of the court reporter hired by Mr. Klemp to attend the December 27, 2013 deposition, and (c) the cost of the court reporter's fee for transcribing the December 27, 2013 deposition.

DATED: January 8, 2014

RESPECTFULLY SUBMITTED,

s/ Michael Fuller
Michael Fuller, Oregon Bar No. 09357
Trial Attorney for Mr. Klemp
OlsenDaines, PC
PO Box 2316
Portland, Oregon 97208
Michael@UnderdogLawyer.com
Mobile 503-201-4570
Fax 503-362-1375

**PLAINTIFF MR. KLEMP'S MOTION TO COMPEL AND FOR SANCTIONS** - Page 2

**OlsenDaines, PC**
PO Box 2316
Portland, Oregon 97208
Mobile 503-201-4570
Fax 503-362-1375

## CERTIFICATE OF SERVICE

I certify that I served this document on Columbia Collection Service, Inc. on January 8, 2014 by causing it to be mailed to:

**Columbia Collection Service, Inc.**
**c/o attorney Jeff Hasson**
**12707 NE Halsey St.**
**Portland, OR 97230**
**Hasson@dhlaw.biz**

DATED: January 8, 2014

s/ Michael Fuller
Michael Fuller, Oregon Bar No. 09357
Trial Attorney for Mr. Klemp
OlsenDaines, PC
PO Box 2316
Portland, Oregon 97208
Michael@UnderdogLawyer.com
Mobile 503-201-4570
Fax 503-362-1375

**PLAINTIFF MR. KLEMP'S MOTION TO COMPEL AND FOR SANCTIONS** - Page 3

**OlsenDaines, PC**
PO Box 2316
Portland, Oregon 97208
Mobile 503-201-4570
Fax 503-362-1375